# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1803

_____

United States of America,                    *
                                             *
             Appellee,                        *
                                             *     Appeal from the United States
     v.                                       *     District Court for the
                                             *     Western District of Missouri.
Daniel F. Ramirez,                            *
                                             *          [UNPUBLISHED]
             Appellant.                       *

_____

Submitted: August 29, 2007
Filed: September 6, 2007

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

A jury found Daniel F. Ramirez (Ramirez) guilty of conspiring to distribute marijuana, in violation of 21 U.S.C. § 846; possessing marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1); and possessing a firearm in furtherance of drug trafficking, in violation of 18 U.S.C. § 924(c)(1)(A). The district court[1] imposed a sentence of 120 months' imprisonment and 5 years' supervised release. On appeal, his counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), and has moved to withdraw. We affirm.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

We conclude the evidence, viewed in the light most favorable to the verdict, was sufficient to support Ramirez's convictions, and the district court did not abuse its discretion by denying his motion for a new trial based on a juror's failure to disclose pertinent information during voir dire. <u>See</u> <u>United States v. Ruiz</u>, 446 F.3d 762, 768-70 (8th Cir.), <u>cert. denied</u>, 127 S. Ct. 537 (2006) <u>and</u> 127 S. Ct. 1027 (2007).

After reviewing the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude there are no non-frivolous issues for appeal.  Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____